# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D21-1949

————————————————

ADELBERT O. BAKER,

Appellant,

v.

CITY OF NEPTUNE BEACH,
FLORIDA,

Appellee.

————————————————

On appeal from the Circuit Court for Duval County.
Eric C. Roberson, Judge.

September 14, 2021

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.020(h); *see also* Fla. R. App. P. 9.100(c)(1).

RAY, JAY, and TANENBAUM, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Adelbert O. Baker, pro se, Appellant.

No appearance for Appellee.